IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BARRY HOLLAND, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | |
| COLEMAN AMERICAN MOVING SERVICES, INC., | : | CIVIL ACTION NO. 1:15-CV-2572-AT |
| Defendant. | : | |

## **ORDER**

The parties filed a Joint Motion for Approval of FLSA Settlement of the Claims of Plaintiffs on October 26, 2016, along with their proposed Settlement Agreement and Release [Doc. 24]. The Court subsequently requested additional information from the parties regarding the manner in which the settlement amounts were calculated and reviewed the Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on this review, the Court finds that the Settlement Agreement constitutes a fair, reasonable, and adequate resolution of this action. Accordingly, the Court **GRANTS** the parties' Joint Motion for Approval of Settlement [Doc. 24] and **APPROVES** the Settlement Agreement and Release.

2

**IT IS SO ORDERED** this 28th day of October, 2016.

_____
**Amy Totenberg**
**United States District Judge**